### BROWN v. MAGEE et al.

#### (Circuit Court, E. D. Pennsylvania. July 14, 1906.)

#### No. 15.

DISCOVERY—OWNERSHIP OF STOCK IN CORPORATION—BILL BY RECEIVER.

 A receiver for an insolvent corporation who has been ordered by the court to collect an installment due from stockholders for the benefit of the creditors is entitled to maintain a bill of discovery against a broker, who as agent purchased certain of the stock for an undisclosed principal, to compel a disclosure of the real ownership of such stock to enable him to bring a suit for the collection of the assessment.

In Equity. On bill of discovery.

Burr, Brown & Lloyd, for complainant.
Rudolph M. Schick, for respondents.

HOLLAND, District Judge. The question in the former suit was whether the defendant Kurtz was liable as agent for an assessment on this stock, and the court held he was not liable. The question now raised by the bill is the plaintiff's right to compel the defendants to disclose the real ownership of the stock. It is an entirely different

question and was not raised in the former suit. In the case of Brown v. McDonald, 133 Fed. 897, 67 C. C. A. 59, 68 L. R. A. 462, the Circuit Court of Appeals of this district decided, upon a similar state of facts, that this plaintiff was entitled to a discovery.

A decree will be entered in favor of the plaintiff.